### 2139. CARPENTER *v.* THE STATE.

POWELL, J. The evidence authorized a conviction. *Ware* v. *State*, ante, 578 (65 S. E. 333). The alleged newly discovered testimony was not of such a character as to require the granting of a new trial. Besides, there is no affidavit from the defendant as to diligence and lack of prior knowledge of the testimony. *Judgment affirmed.*

Indictment for keeping liquor, etc., from Jeff Davis superior court—Judge Parker. August 21, 1909.

Argued October 6,—Decided October 13, 1909.

*Sidney D. Dell, H. A. King,* for plaintiff in error.

*J. H. Thomas, solicitor-general,* contra.